IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON TARVER**  **PLAINTIFF**
ADC # 133153

V.          CASE NO. 4:22-cv-00766 JM

**C. BOZEMAN, Urologist, M.D.,**
**Arkansas Urology P.A.**  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 7th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE